PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

Southern District of Ohio

UNITED STATES OF AMERICA

v.

Whitney R. Williamson

Crim. No.   CR1-00-81-1

On _____April 16, 2002_____ the above named was placed on probation/supervised release for a period of

__3__ years.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __2nd__ day of __November__, 20 __04__.

_____
United States District Judge